UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMY GREENE,

        Petitioner,

                                        Case Number: 2:09-CV-14597

v.                                     Honorable Patrick J. Duggan

BLAINE LAFLER,

        Respondent.

                                  /

## JUDGMENT

Petitioner Jimmy Greene, through counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges his convictions in 2002 in the Circuit Court for Washtenaw County, Michigan, for assault on a pregnant person resulting in stillbirth in violation of Michigan Compiled Laws § 750.90a and assault with intent to do great bodily harm less than murder in violation of Michigan Compiled Laws § 750.84. Respondent filed a motion to dismiss the petition for failure to comply with the statute of limitations set forth in 28 U.S.C. § 2244. In an Opinion and Order issued on this date, the Court granted Respondent's motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

Dated: March 15, 2011                   s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

James S. Lawrence, Esq.
AAG Laura Cook